# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

STEVEN G. BARRON

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:09mj305/EMT

**AFPD Thomas Keith**
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) Count One as Amended, and Count Two of the Information

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. § 322.34(1) and 18 U.S.C. §§ 7 & 13 | Driving With Suspended License Without Knowledge | 8/31/09 | One |
| F.S.S. § 322.19 and 32 C.F.R. § 210 | Failure to Obtain a Replacement License Reflecting Address Change | 8/31/09 | Two |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMAs shall be paid no later than February 17, 2010.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 (Ct. 1 - $5; Ct. 2 - $5) | $ 90.00 (Ct. 1 - $60; Ct. 2 - $30) | $ 0.00 |

Date of Imposition of Sentence - 12/3/09

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 12-4-09

Rec'd 1207'09 USDcFln3AM0907